CHARLES L. ANDREWS, Appellant, *v.* TRAVELERS INSURANCE COMPANY, Respondent.

Argued June 13, 1946; decided July 23, 1946.

*Victor Levine* and *Albert E. Campbell* for appellant.
*Lewis C. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.